| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053<br>Attorney for Debtors<br>RM-1141 |

| | |
|---|---|
| In Re:<br><br>John C. and Denise D. Bartholomew | Case No. 17-35995KCF<br><br>Judge:<br><br>Chapter 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

**X      CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtors in the above-captioned chapter 13 proceeding hereby object to the following (**choose one**):

1.    __X__ Motion for Relief from the Automatic Stay filed by <u>Colonial Savings, FA</u>, creditor. A hearing has been scheduled for _February 13, 2019_, at _9:00_ a.m.

OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at ____ a.m.

OR

_____ Certification of Default filed by _____, creditor. We are requesting that a hearing be scheduled on this matter.

OR

_____ Certification of Default filed by Standing Chapter 13 Trustee. We are requesting that a hearing be scheduled on this matter.

2. We are objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

__X__ Other: We will make a payment of $4,000 by January 31, 2019. We wish to resume regular mortgage payments as of February 2019 and capitalize the balance of the arrears through our Chapter 13 bankruptcy plan. We respectfully request the court deny the movant's request for relief & allow us to continue with our bankruptcy plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. We certify under penalty of perjury that the foregoing is true and correct.


Date:   1/4/2019                                           /s/ John C. Bartholomew
                                                          John C. Bartholomew, debtor


Date:   1/4/2019                                           /s/ Denise D. Bartholomew
                                                          Denise D. Bartholomew, debtor