Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–35995–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John C. Bartholomew Jr.          Denise D. Bartholomew
14 Crammer Court                 14 Crammer Court
Little Egg Harbor, NJ 08087      Little Egg Harbor, NJ 08087

Social Security No.:
xxx–xx–4089                      xxx–xx–1517

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 19, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 19, 2019
JAN: slf

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                         Case No. 17-35995-KCF
John C. Bartholomew, Jr.                                                       Chapter 13
Denise D. Bartholomew
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Feb 19, 2019
                              Form ID: 148                 Total Noticed: 94


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb         +John C. Bartholomew, Jr.,    Denise D. Bartholomew,    14 Crammer Court,
                 Little Egg Harbor, NJ 08087-2093
517254743      ++APRIA HEALTHCARE,    1340 SOUTH HIGHLAND AVENUE,    JACKSON TN 38301-7369
               (address filed with court: Apria Healthcare,    1328 S. Highland Ave.,    Jackson, TN 38301-7369)
517254741      +Advanced Radiology,    c/o Michael S. Harrison,    3155 Route 10 East, Suite 214,
                 Denville, NJ 07834-3430
517254742       Allied Interstate, Inc.,    P.O. Box 361774,    3000 Corporate Exchange Dr 5th Fl,
                 Columbus, OH 43231-7689
517254744      +Apria Lakewood NJ,    C/O CBCS,    PO Box 2589,    Columbus, OH 43216-2589
517254745      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517254746      +Atlantic Gastroenterology Associates,    C/O Merchants Credit Guide Co.,
                 223 W. Jackson Blvd., #700,    Chicago, IL 60606-6914
517254748       Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517254749      +Bay Area Credit Service LLC,    PO Box 467600,    Atlanta, GA 31146-7600
517254750      +Bon Venture,    C/O RR Beach Associates,    95 Wolf Creek Blvd, Suite 2,    Dover, DE 19901-4965
517254769       COPD Services,    PO Box 983123,    Boston, MA 02298-3123
517254756      +Celtic Bank/contfinco,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
517254766      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
517254773     #+Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
517254776      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,    500 E. 60th Street,    Sioux Falls, SD 57104)
517254774      +Family Medicine Center,    1301 Route 72 West, Suite 240,    Manahawkin, NJ 08050-2483
517254780      +Grasshoppers Landscaping SS Inc.,    2326 Route 72 West,    PO Box 176,
                 Manahawkin, NJ 08050-0176
517254782      +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
517254781      +Guardian Protection Services,    C/O Joseph Mann & Creed,    20600 Chagrin Blvd, Suite 550,
                 Shaker Heights, OH 44122-5340
517254786      +Holly Lake Home Owners Assoc.,    PO Box 1612,    Little Egg Harbor, NJ 08087-5612
517254787      +KML Law Group PC,    216 Haddon Ave., Ste 406,    Collingswood, NJ 08108-2812
517254789      +Law Offices Of Faloni & Associates LLC,    165 Passaic Ave, Suite 301B,
                 Fairfield, NJ 07004-3592
517254790      +Little Egg Harbor Community School,    307 Frog Pond Road,    Little Egg Harbor, NJ 08087-9700
517254793      +Mid America Bk/total C,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
517254799      +NJR Clean Energy Ventures,    1415 Wyckoff Road,    PO Box 1378,    Wall, NJ 07719-1378
517254797      +Neuropsychology And Counseling Assoc.,    1683 Route 88, Suite A,    Brick, NJ 08724-3065
517254800      +Njr Clean Energy Ventures Corporation,    C/O Stark & Stark,    993 Lenox Drive, Building 2,
                 Lawrenceville, NJ 08648-2316
517254802      +PA Turnpike Commission,    Violation Processing Center,    8000 C Derry Street,
                 Harrisburg, PA 17111-5287
517254801       PA Turnpike Commission,    C/O PennCredit,    916 South 14th St., PO Box 988,
                 Harrisburg, PA 17108-0988
517254804       Pinnacle Diagnostic Imaging Services,    22 Meridian Road, Suite 2,    Edison, NJ 08820-2848
517254806       RMB, Inc.,    407 Bearden Park Circle,    Knoxville, TN 37919-7448
517254805      +Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
517254807      +Rubin & Raine Of NJ LLC,    PO Box 949,    Eatontown, NJ 07724-0949
517254810       SOCH Medical Group PC,    C/O ACB Receivables Management Inc.,    19 Main St., PO Box 350,
                 Asbury Park, NJ 07712-0350
517254809      +Service Magic,    14023 Denver West Parkway, Suite 200,    Golden, CO 80401-3259
517254813      +Stark & Stark,    PO Box 5315,    Princeton, NJ 08543-5315
517254817     #+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
517254818      +U.S. Department of Housing and Urban Dev,    451 7th St., S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 01:26:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 01:26:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517289286       EDI: PHINAMERI.COM Feb 20 2019 06:03:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
517254747       E-mail/Text: nicole.watts@atlanticare.org Feb 20 2019 01:25:19      AtlantiCare Regional Medical Center,    P.O. Box 786361,    Philadelphia, PA 19178-6361
517254752       EDI: CAPITALONE.COM Feb 20 2019 06:03:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517254751      +EDI: CAPITALONE.COM Feb 20 2019 06:03:00      Capital One,    Pob 30281,
                 Salt Lake City, UT 84130-0281
517340090       EDI: BL-BECKET.COM Feb 20 2019 06:03:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517254754      +E-mail/Text: bankruptcy@cavps.com Feb 20 2019 01:26:13     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
517254755      +E-mail/Text: bankruptcy@cavps.com Feb 20 2019 01:26:13     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    PO Box 520,    Valhalla, NY 10595-0520
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 94


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517254757      +E-mail/Text: bankruptcy@certifiedcollection.com Feb 20 2019 01:25:54
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
517254758      +E-mail/Text: bankruptcydesk@colonialsavings.com Feb 20 2019 01:26:16      Colonial Savings Fa,
                 P O Box 2988,    Fort Worth, TX 76113-2988
517365721      +E-mail/Text: bankruptcydesk@colonialsavings.com Feb 20 2019 01:26:16      Colonial Savings, F.A.,
                 2626 W FWY,   Fort Worth, TX 76102-7109
517254759      +EDI: WFNNB.COM Feb 20 2019 06:03:00       Comenity Bank/buckle,    Po Box 182789,
                 Columbus, OH 43218-2789
517254760      +EDI: WFNNB.COM Feb 20 2019 06:03:00       Comenity Bank/lnbryant,    Po Box 182789,
                 Columbus, OH 43218-2789
517254761      +EDI: WFNNB.COM Feb 20 2019 06:03:00       Comenity Bank/mandee,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
517254762      +EDI: WFNNB.COM Feb 20 2019 06:03:00       Comenity Bank/nwyrk&co,    Po Box 182789,
                 Columbus, OH 43218-2789
517254763      +EDI: WFNNB.COM Feb 20 2019 06:03:00       Comenitybk/victoriasec,    Po Box 182789,
                 Columbus, OH 43218-2789
517254764      +EDI: WFNNB.COM Feb 20 2019 06:03:00       Comenitycap/boscovs,    Po Box 182120,
                 Columbus, OH 43218-2120
517254765      +EDI: WFNNB.COM Feb 20 2019 06:03:00       Comenitycap/chldplce,    Po Box 182120,
                 Columbus, OH 43218-2120
517254768       E-mail/Text: ebn@rwjbh.org Feb 20 2019 01:26:17       Community Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
517254770      +EDI: RCSFNBMARIN.COM Feb 20 2019 06:03:00       Credit One Bank Na,    Po Box 98872,
                 Las Vegas, NV 89193-8872
517269677       EDI: DISCOVER.COM Feb 20 2019 06:03:00       Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517254772      +EDI: DISCOVER.COM Feb 20 2019 06:03:00       Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517254775      +EDI: FSAE.COM Feb 20 2019 06:03:00       Firstsource Advantage, LLC,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
517254777       E-mail/Text: bankruptcy@affglo.com Feb 20 2019 01:26:03       GE Capital Retail Bank/Lowes,
                 C/O Leading Edge Recovery Solutions,    PO Box 129,    Linden, MI 48451-0129
517254778      +EDI: PHINGENESIS Feb 20 2019 06:03:00       Genesis Bc/celtic Bank,    268 S State St Ste 300,
                 Salt Lake City, UT 84111-5314
517254779      +EDI: PHINAMERI.COM Feb 20 2019 06:03:00       Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
517254783      +E-mail/Text: bkynotice@harvardcollect.com Feb 20 2019 01:26:54       Harvard Collection,
                 4839 N Elston Ave,    Chicago, IL 60630-2589
517254785      +E-mail/Text: bkynotice@harvardcollect.com Feb 20 2019 01:26:54
                 Harvard Collection Services, Inc.,    4839 N. Elston Ave.,    Chicago, IL 60630-2589
517315016      +E-mail/Text: ipfscollectionsreferrals@ipfs.com Feb 20 2019 01:26:23       IPFS Corporation,
                 30 Montgomery Street,    Suite 1000,    Jersey City, NJ 07302
517254788      +EDI: CBSKOHLS.COM Feb 20 2019 06:03:00       Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517254788      +E-mail/Text: bncnotices@becket-lee.com Feb 20 2019 01:25:28       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517375785       EDI: RESURGENT.COM Feb 20 2019 06:03:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517375951       EDI: RESURGENT.COM Feb 20 2019 06:03:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC Bank Nevada, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517254791       E-mail/Text: rmckay@biehlcollects.com Feb 20 2019 01:26:40       Ltd Commodities LLC,
                 C/O Biehl & Biehl, Inc.,    PO Box 87410,    Carol Stream, IL 60188-7410
517254792      +EDI: RESURGENT.COM Feb 20 2019 06:03:00       Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
517369984       EDI: TCISOLUTIONS.COM Feb 20 2019 06:03:00       Mid America Bank & Trust,    First Access,
                 POB 89028,   Sioux Falls, SD  57109-9028
517254795       E-mail/Text: bankruptcydepartment@tsico.com Feb 20 2019 01:26:34       NCO Financial Systems Inc.,
                 20 East Clementon Rd, #102 North,    Gibbsboro, NJ 08026
517254794      +E-mail/Text: bankruptcydepartment@tsico.com Feb 20 2019 01:26:34       Nco Fin /02,    Pob 15372,
                 Wilmington, DE 19850-5372
517254796      +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 20 2019 01:26:15
                 Nelson Watson & Associates LLC,    80 Merrimack Street, Lower Level,    Haverhill, MA 01830-5211
517254798      +EDI: RMCB.COM Feb 20 2019 06:03:00       New Jersey EZ Pass,    C/O RMCB,
                 4 Westchester Plaza, Suite 110,    Elmsford, NJ 10523-1615
517334854       EDI: PRA.COM Feb 20 2019 06:03:00       Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
517254803      +E-mail/Text: egssupportservices@alorica.com Feb 20 2019 01:26:07       Pendrick Capital Partners,
                 C/O NCO Financial Systems Inc.,    507 Purdential Road,    Horsham, PA 19044-2308
517365730       EDI: Q3G.COM Feb 20 2019 06:03:00       Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
517350874       EDI: Q3G.COM Feb 20 2019 06:03:00       Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
517366747       EDI: Q3G.COM Feb 20 2019 06:03:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
517366744       EDI: Q3G.COM Feb 20 2019 06:03:00       Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 94


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517365729         EDI: Q3G.COM Feb 20 2019 06:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
517286690        +EDI: DRIV.COM Feb 20 2019 06:03:00      SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,
                  DALLAS, TX 75356-0284
517254808        +EDI: DRIV.COM Feb 20 2019 06:03:00      Santander Consumer Usa,    Po Box 961245,
                  Ft Worth, TX 76161-0244
517254811        +E-mail/Text: bankruptcy@certifiedcollection.com Feb 20 2019 01:25:54
                  Southern Ocean County Hospital,    C/O Certified Credit & Collection Bureau,    PO Box 336,
                  Raritan, NJ 08869-0336
517254812         E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Feb 20 2019 01:26:29
                  Southern Ocean Medical Center,    PO Box 417140,    Boston, MA 02241-7140
517254814        +EDI: RMSC.COM Feb 20 2019 06:03:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
517254815        +EDI: RMSC.COM Feb 20 2019 06:03:00      Syncb/toysrus,    Po Box 965005,    Orlando, FL 32896-5005
517257177        +EDI: RMSC.COM Feb 20 2019 06:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517254816         E-mail/Text: bknotice@ercbpo.com Feb 20 2019 01:26:05      TD BankNorth,
                  C/O Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
517254819        +E-mail/Text: collect@williamsalexander.com Feb 20 2019 01:25:41      Williams, Alexander &,
                  Po Box 2148,    Wayne, NJ 07474-2148
                                                                                              TOTAL: 57

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517402351*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
517254753*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court:   Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517254767*       +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
517254771*       +Credit One Bank Na,    Po Box 98872,    Las Vegas, NV 89193-8872
517254784*       +Harvard Collection,    4839 N Elston Ave,    Chicago, IL 60630-2589
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Colonial Savings, F.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Colonial Savings, F.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Colonial Savings, F.A. rsolarz@kmllawgroup.com
          Robert   Manchel    on behalf of Joint Debtor Denise D. Bartholomew manchellaw@yahoo.com
          Robert   Manchel    on behalf of Debtor John C. Bartholomew, Jr. manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```