Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−35995−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John C. Bartholomew Jr. | Denise D. Bartholomew |
| 14 Crammer Court | 14 Crammer Court |
| Little Egg Harbor, NJ 08087 | Little Egg Harbor, NJ 08087 |

Social Security No.:
  xxx−xx−4089                                           xxx−xx−1517

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 11, 2019</u>                     <u>Kathryn C. Ferguson</u>
                                         Judge, United States Bankruptcy Court